## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

SHANIQUA THOMPSON AND )
SHEILA THOMPSON )
     Plaintiffs, )
                       )    Case No.: 1:15-cv-10632-RGS
v. )
                       )
ZWICKER & ASSOCIATES, PC, )
     Defendant.

## ORDER DISMISSING WITH PREJUDICE

Upon stipulation of the parties it is hereby ordered that the above-captioned case is hereby dismissed with prejudice.  The parties shall bear their own costs and fees.  This is a final judgment, and the Clerk is directed to close this case.

Signed this __16__ day of __June___, 2015.

                                /s/ Richard G. Stearns
                                Hon. Richard G. Stearns
                                United States District Judge